**Daniel Snyder, OSB No. 783856**
dansnyder@lawofficeofdanielsnyder.com
**Carl Post, OSB No. 061058**
carlpost@lawofficeofdanielsnyder.com
**John Burgess, OSB No. 106498**
johnburgess@lawofficeofdanielsnyder.com
**LAW OFFICES OF DANIEL SNYDER**
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
Telephone: (503) 241-3617
Facsimile: (503) 241-2249
    Of Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **JERALD PARKER**, | Case No. 3:19-cv-00265-MO |
| Plaintiff, | **DECLARATION OF JOHN BURGESS** |
| v. | |
| **CRC HEALTH OREGON, LLC**, dba Allied Health Services East, an Oregon corporation, | |
| Defendants. | |

I, John David Burgess, declare and state as follows:

    1.    I am an attorney of record for Plaintiff in the above-captioned matter.

    2.    Attached as Exhibit A is a true and correct copy of documents provided by Defendant during discovery in the course of this case.

PAGE 1 **- DECLARATION OF JOHN BURGESS**

**Law Offices of Daniel Snyder**
Attorneys At Law
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
(503) 241-3617 Fax (503) 241-2249

3. Attached as Exhibit B is a true and correct copy of deposition excerpts from the corporate deposition of Alliant taken on November 18, 2019, with Ashleigh Reichle testifying on behalf of defendant.

4. Attached as Exhibit C is a true and correct copy of deposition excerpt from the corporate deposition of Alliant taken on November 18, 2019, with Dennis Antonetti testifying on behalf of defendant.

5. Attached as Exhibit D is a true and correct copy of an excerpt taken from the Acadia Healthcare Code of Conduct booklet, provided by Defendant during discovery in the course of this case.

6. Attached as Exhibit C is a true and correct copy of deposition excerpt from the deposition of Tyra Gates taken on November 18, 2019.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

Dated: December 2, 2019

**Law Offices of Daniel Snyder**

*s/ John David Burgess*
John David Burgess, OSB 106498
johnburgess@lawofficeofdanielsnyder.com
Tel: (503) 241-3617 / Fax: (503) 241-2249
Of Attorneys for Plaintiff

PAGE 2 - DECLARATION OF JOHN BURGESS

**Law Offices of Daniel Snyder**
Attorneys At Law
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
(503) 241-3617 Fax (503) 241-2249